# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>FILTERS FAST, LLC　　　　　, <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 3:17-cv-00601-FDW-DCK ) ) ) ) ) |

## NOTICE OF APPEARANCE OF BENJAMIN F. SIDBURY

Benjamin F. Sidbury of the law firm of Bryan Cave LLP hereby enters his appearance as attorney of record for Defendant Filters Fast, LLC ("Defendant") in the above-captioned case. All pleadings, notices, orders, and other documents to be served in this matter should hereafter be served upon the undersigned counsel.

Respectfully submitted, this 17th day of October, 2017.

　　　　　　　　　　　　　　　　/s/ Benjamin F. Sidbury
　　　　　　　　　　　　　　　　Benjamin F. Sidbury (N.C. Bar # 28071)
　　　　　　　　　　　　　　　　ben.sidbury@bryancave.com
　　　　　　　　　　　　　　　　BRYAN CAVE LLP
　　　　　　　　　　　　　　　　One Wells Fargo Center
　　　　　　　　　　　　　　　　301 S. College Street, Suite 3900
　　　　　　　　　　　　　　　　Charlotte, NC 28202
　　　　　　　　　　　　　　　　Tel: (704) 749-8999
　　　　　　　　　　　　　　　　Fax: (704) 749-8990

　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 3:17-cv-00601-FDW-DCK ) |
| FILTERS FAST, LLC , | ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I have this date filed electronically the within and foregoing *Notice of Appearance of Benjamin F. Sidbury*, and a copy of the same will be served electronically upon the attorneys of record via the Court's CM/ECF system.

This 17th day of October, 2017.

s/ Benjamin F. Sidbury
Benjamin F. Sidbury