IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-601-FDW-DCK

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| FILTERS FAST, LLC, | ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by Benjamin F. Sidbury, concerning Daisy Manning on October 17, 2017. Ms. Daisy Manning seeks to appear as counsel *pro hac vice* for Defendant Filters Fast, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.** Ms. Daisy Manning is hereby admitted *pro hac vice* to represent Defendant Filters Fast, LLC.

**SO ORDERED**.

Signed: October 17, 2017

David C. Keesler
United States Magistrate Judge