# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:17-CV-601-FDW-DCK

| | | |
|---|---|---|
| **WHIRLPOOL PROPERTIES, INC.,** | ) | |
| **WHIRLPOOL CORPORATION, and** | ) | |
| **MAYTAG PROPERTIES, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FILTERS FAST, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) filed by Benjamin F. Sidbury, concerning Steven E. Holtshouser on October 17, 2017.  Mr. Steven E. Holtshouser seeks to appear as counsel *pro hac vice* for Defendant Filters Fast, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) is **GRANTED.**  Mr. Steven E. Holtshouser is hereby admitted *pro hac vice* to represent Defendant Filters Fast, LLC.

**SO ORDERED**.

Signed: October 17, 2017

David C. Keesler
United States Magistrate Judge