# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-601-FDW-DCK

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FILTERS FAST, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 20) filed by Craig N. Killen, concerning Richard S.J. Hung on October 19, 2017. Mr. Richard S.J. Hung seeks to appear as counsel *pro hac vice* for Plaintiffs Whirlpool Properties, Inc., Whirlpool Corporation, and Maytag Properties, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 20) is **GRANTED.** Mr. Richard S.J. Hung is hereby admitted *pro hac vice* to represent Plaintiffs Whirlpool Properties, Inc., Whirlpool Corporation, and Maytag Properties, LLC.

**SO ORDERED**.

Signed: October 19, 2017

David C. Keesler
United States Magistrate Judge