UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00601-FDW-DCK

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FILTERS FAST, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ORDER and NOTICE |

THIS MATTER is before the Court *sua sponte* upon the filing of Plaintiffs Whirlpool Properties, Inc., Whirlpool Corporation and Maytag Properties, LLC's First Amended Complaint (Doc. No. 41). It appears, as reflected in the First Amended Complaint (Doc. No. 41) and as represented by the parties (Doc. No. 39), that this case no longer involves any claims for patent infringement, rendering the Utility Patent Claim Construction Scheduling Order (Doc. No. 32) moot. In light of this development, the parties must conduct an Initial Attorney's Conference and file a Certificate of Initial Attorneys Conference as required by Local Rule 16.1 and this Court's standing order.

THEREFORE, the Court hereby ORDERS the parties to conduct an Initial Attorney's Conference within 14 days of this Order and file a Certificate of Initial Attorney's Conference, within 7 days of the conference. The parties should indicate in the certificate whether the Utility Patent Claim Construction Scheduling Order (Doc. No. 32) is moot.

IT IS SO ORDERED.

Signed: April 18, 2018

Frank D. Whitney
Chief United States District Judge