IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-601-FDW-DCK

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| FILTERS FAST, LLC, | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Order Governing Production Of Electronically Stored Information" (Document No. 48) filed June 7, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Order Governing Production Of Electronically Stored Information" (Document No. 48) is **GRANTED**.

**SO ORDERED**.

Signed: June 11, 2018

David C. Keesler
United States Magistrate Judge