# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-601-FDW-DCK

| | | |
|---|---|---|
| **WHIRLPOOL PROPERTIES, INC.,** | ) | |
| **WHIRLPOOL CORPORATION, and** | ) | |
| **MAYTAG PROPERTIES, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FILTERS FAST, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Protective Order" (Document No. 49) filed June 7, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Protective Order" (Document No. 49) is **GRANTED**.

**SO ORDERED**.

Signed: June 11, 2018

David C. Keesler
United States Magistrate Judge