IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-601-FDW-DCK

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FILTERS FAST, LLC, <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 59) filed by Craig N. Killen, concerning Matthew McGuire on August 15, 2018. Mr. Matthew McGuire seeks to appear as counsel *pro hac vice* for Plaintiffs Whirlpool Properties, Inc., Whirlpool Corporation and Maytag Properties, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 59) is **GRANTED.** Mr. Matthew McGuire is hereby admitted *pro hac vice* to represent Plaintiffs Whirlpool Properties, Inc., Whirlpool Corporation and Maytag Properties, LLC.

**SO ORDERED**.

Signed: August 15, 2018

David C. Keesler
United States Magistrate Judge