IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-601-FDW-DCK

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FILTERS FAST, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 65) filed by Benjamin F. Sidbury, concerning Paul L. Smelcer on November 1, 2018. Mr. Paul L. Smelcer seeks to appear as counsel *pro hac vice* for Defendant Filters Fast, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 65) is **GRANTED.** Mr. Paul L. Smelcer is hereby admitted *pro hac vice* to represent Defendant Filters Fast, LLC.

**SO ORDERED**.

Signed: November 2, 2018

David C. Keesler
United States Magistrate Judge