**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-601-FDW-DCK**

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., ) <br> WHIRLPOOL CORPORATION, and ) <br> MAYTAG PROPERTIES, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FILTERS FAST, LLC, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs, Whirlpool Properties, Inc., Whirlpool Corporation, And Maytag Properties, LLC's, Motion To File Documents Under Seal Relating To Whirlpool's Trial Brief" (Document No. 119) filed February 19, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, the Protective Order, and noting consent of Defendant's counsel, the undersigned will grant the motion.

Noting that the time for public response has not run on this motion, the Court will consider any objection to this Order from non-parties as an objection to the motion, requiring no additional burden for any non-party under the Federal Rules of Civil Procedure. See Local Rule 6.1(e).

## CONCLUSION

**IT IS, THEREFORE, ORDERED** that "Plaintiffs, Whirlpool Properties, Inc., Whirlpool Corporation, And Maytag Properties, LLC's, Motion To File Documents Under Seal Relating To Whirlpool's Trial Brief" (Document No. 119) is **GRANTED**.

**SO ORDERED**.

Signed: February 20, 2019

David C. Keesler
United States Magistrate Judge