# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-601-FDW-DCK

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FILTERS FAST, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs, Whirlpool Properties, Inc., Whirlpool Corporation, And Maytag Properties, LLC's, Motion To File Documents Under Seal Relating To Whirlpool's Resistance To Defendant Filters Fast's Motion In Limine" (Document No. 138) filed February 22, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, Local Rule 6.1, the Protective Order, and noting Defendant's counsel does not oppose this motion, the undersigned will grant the motion.

As the time for public response has not run on this motion, the Court will consider any objection to this Order from non-parties as an objection to the motion, requiring no additional burden for any non-party under the Federal Rules of Civil Procedure. See Local Rule 6.1(e).

**IT IS, THEREFORE, ORDERED** that "Plaintiffs, Whirlpool Properties, Inc., Whirlpool Corporation, And Maytag Properties, LLC's, Motion To File Documents Under Seal Relating To Motions In Limine" (Document No. 138) is **GRANTED**.

**SO ORDERED**.

Signed: February 26, 2019

David C. Keesler
United States Magistrate Judge