# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Whirlpool Corporation<br>Whirlpool Properties, Inc.<br>Maytag Properties, LLC, | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:17-cv-00601-FDW-DCK |
| vs. | ) | |
| Filters Fast, LLC,<br>Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court at Jury Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's March 13, 2019 Verdict.

March 18, 2019

_____

Frank G. Johns, Clerk
United States District Court