# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-601-FDW-DCK

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FILTERS FAST, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs, Whirlpool Properties, Inc., Whirlpool Corporation, And Maytag Properties, LLC's, Unopposed Motion To File Documents Under Seal In Support Of Motion For Attorneys' Fees" (Document No. 166) filed April 2, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs, Whirlpool Properties, Inc., Whirlpool Corporation, And Maytag Properties, LLC's, Unopposed Motion To File Documents Under Seal In Support Of Motion For Attorneys' Fees" (Document No. 166) is **GRANTED**.

**SO ORDERED**.

Signed: April 3, 2019

David C. Keesler
United States Magistrate Judge