# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-601-FDW-DCK

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FILTERS FAST, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Filters Fast, LLC's Unopposed Motion To File Documents Under Seal" (Document No. 174) and "Defendant Filters Fast, LLC's Unopposed Motion To File Document Under Seal" (Document No. 176) filed April 16, 2019. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions, the record, the requirements of Local Rule 6.1, and noting consent of Plaintiffs' counsel, the undersigned will grant the motions.

**IT IS, THEREFORE, ORDERED** that "Defendant Filters Fast, LLC's Unopposed Motion To File Documents Under Seal" (Document No. 174) is **GRANTED**.

**IT IS FURTHER ORDERED** that "Defendant Filters Fast, LLC's Unopposed Motion To File Document Under Seal" (Document No. 176) is **GRANTED**.

**SO ORDERED**.

Signed: April 22, 2019

David C. Keesler
United States Magistrate Judge