UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00601-FDW-DCK

WHIRLPOOL PROPERTIES, INC., )
WHIRLPOOL CORPORATION, and )
MAYTAG PROPERTIES, LLC, )
)
    Plaintiffs, )
)               ORDER
vs. )
)
FILTERS FAST, LLC, )
)
    Defendant. )
_____ )

       THIS MATTER is before the Court on parties' Joint Motion to Stay Case Pending

Completion of Settlement (Doc. No. 188). For the reasons stated therein, parties' Motion is

GRANTED.

       IT IS HEREBY ORDERED that all proceedings in this case, including all pending

deadlines, are stayed up to and including June 2, 2019, to allow for competition of a final settlement

agreement.

       IT IS SO ORDERED.


          Signed: May 6, 2019


          Frank D. Whitney
          Chief United States District Judge