**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-601-FDW-DCK**

| | | |
|---|---|---|
| WHIRLPOOL PROPERTIES, INC., | ) | |
| WHIRLPOOL CORPORATION, and | ) | |
| MAYTAG PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FILTERS FAST, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs, Whirlpool Properties, Inc., Whirlpool Corporation, And Maytag Properties, LLC's, Unopposed Motion To File Document Under Seal" (Document No. 186) filed April 30, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, the requirements of Local Rule 6.1, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs, Whirlpool Properties, Inc., Whirlpool Corporation, And Maytag Properties, LLC's, Unopposed Motion To File Document Under Seal" (Document No. 186) is **GRANTED**.

**SO ORDERED**.

Signed: May 6, 2019

David C. Keesler
United States Magistrate Judge